1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN & NATHAN in CALIFORNIA LLP
2  3667 Voltaire Street
   San Diego, California 92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  dkirkpatrick@sessions-law.biz

5  Attorney for NCO Financial Systems, Inc.

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
   CLARICE ANN MASINI,              ) Case No.: C07-03475 PVT
11                                  )
            Plaintiff,              ) PROOF OF SERVICE
12                                  )
        vs.                         )
13                                  )
   NCO FINANCIAL SYSTEMS, INC.      )
14                                  )
            Defendant.              )
15                                  )
                                    )
16                                  )
                                    )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

CASE NAME: MASINI V. NCO FINANCIAL, INC.
CASE NO: MSC 128544

PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

2. "DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA" HANDBOOK

3. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

4. STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

5. WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

6. GENERAL ORDER NO. 40 PROHIBITION OF BIAS

7. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

8. GENERAL ORDER NO. 45 ELECTRONIC CASE FILING

9. NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION

10. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

11. INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5)

12. ORDER OF THE CHIEF JUDGE

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

1  ( )    BY PERSONAL SERVICE

2       I caused to be served by hand a true copy of the above named document as listed
   hereafter.
3

4  Clarice Ann Masini
   914 Ripple Avenue
5  Pacific Grove, CA 93950

6

7  I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

8  Dated: July 10, 2007

9

10                                           
                                             Marilyn Winder