Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA LLP
3667 Voltaire Street
San Diego, California 92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLARICE ANN MASINI, | Case No.: C07-03475 PVT |
|---|---|
| Plaintiff, | |
| vs. | ANSWER TO COMPLAINT |
| NCO FINANCIAL SYSTEMS, INC. | |
| Defendant. | |

Defendant NCO Financial Systems, Inc. (hereinafter "NCO"), for itself alone, responds to the Plaintiff's Claim ("Complaint") filed by plaintiff, CLARICE ANN MASINI, as follows:

1. NCO lacks sufficient information to answer the allegations contained in ¶ 1 relating to plaintiff's name, address, and telephone number, and based thereon denies the same.

2. NCO admits the allegations relating to NCO's name and address. Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 2.

3. NCO admits plaintiff claims damages of $4,900 based on alleged violations of the FDCPA, but NCO denies any and all damages, liability and wrongful conduct as alleged in ¶ 3.

4. NCO lacks sufficient information to answer the allegations contained in ¶ 4 and based thereon denies the same.

5.  NCO lacks sufficient information to answer the allegations contained in ¶ 5 and based thereon denies the same.

6.  NCO lacks sufficient information to answer the allegations contained in ¶ 6 and based thereon denies the same.

7.  NCO lacks sufficient information to answer the allegations contained in ¶ 7 and based thereon denies the same.

8.  NCO admits the allegations contained in ¶ 8.

9.  NCO lacks sufficient information to answer the allegations contained in ¶ 9 and based thereon denies the same.

10. NCO lacks sufficient information to answer the allegations contained in ¶ 10 and based thereon denies the same.

11. 4. NCO lacks sufficient information to answer the allegations contained in ¶ 11 and based thereon denies the same.

## FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, NCO alleges the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, NCO alleges, to the extent that a violation(s) is established, any such violation(s) was not willful or knowing and resulted notwithstanding the establishment and implementation of reasonable practices to effectively prevent any such violation.

WHEREFORE, NCO respectfully requests that:

1.  Plaintiff take nothing by way of her Complaint;
2.  Judgment of dismissal be entered in favor of NCO;
3.  NCO be awarded costs and attorney's fees it has incurred in defending this lawsuit.

4. NCO be granted such other and further relief as the Court deems just and proper.

Dated: 7/11/07

SESSIONS, FISHMAN & NATHAN IN CALIFORNIA LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

CASE NAME: MASINI V. NCO FINANCIAL, INC.
CASE NO: O7-03475 PVT

PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

**ANSWER TO COMPLAINT**

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( ) BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Clarice Ann Masini
914 Ripple Avenue
Pacific Grove, CA 93950

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2007

                                          _____
                                          Marilyn Winder