Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA LLP
3667 Voltaire Street
San Diego, California 92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE ANN MASINI, | Case No.: C07-03475 PVT |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| NCO FINANCIAL SYSTEMS, INC. | Fed. R. Civ. P. 41(a)(1) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CLARICE ANN MASINI, and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

///
///
///
///
///
///
///
///
///

1   The dispute between the parties has been settled, therefore, the claims asserted by
2   Plaintiff, CLARICE ANN MASINI, against Defendant, NCO FINANCIAL SYSTEMS,
3   INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant
4   to Fed. R. Civ. P. 41(a)(1).
5
6   Dated: July 19, 2007
7                                        Clarice Ann Masini
                                         Plaintiff
8
9   Dated: 7/19/07
10
11                                       SESSIONS, FISHMAN & NATHAN IN
                                         CALIFORNIA LLP
12
13                                       Debbie P. Kirkpatrick
                                         Attorney for Defendant
14                                       NCO Financial Systems, Inc.

15  THE FOREGOING STIPULATION
16  IS APPROVED AND IS SO ORDERED.
17
18  Dated:
19                                       _____
                                         Hon. Patricia V. Trumbull
20                                       United States Magistrate Judge
21
22
23
24
25
26
27
28

                    Stipulation of Dismissal With Prejudice
                         and [Proposed] Order